# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **SAUVENSON CALIXTE** | **CIVIL ACTION NO. 25-1813 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **KRISTI NOEM ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## MEMORANDUM ORDER

Before the Court is a Motion for Temporary Restraining Order ("TRO") (ECF No. 7), filed by the petitioner, Sauvenson Calixte ("Petitioner"). The Court was unable to ascertain Petitioner's likelihood of success, insofar as that success would rely on "8 C.F.R. § 245.2(a)(4)(ii)"; "8 U.S.C. § 1182(a)(9)(B); INA § 212(a)(9)(B) …." or "USCIS Policy Manual, vol. 7, pt. B, ch. 3." *See* ECF No. 7-1 at 2, 5. Specifically, the authorities provided did not clearly establish that Petitioner was presently unremovable (some avoided the subject entirely)—and did not provide the quoted language attributed to them in the brief. *See id.* Unable to convince the Court of "the most important of the [TRO] factors," *see Mock v. Garland*, 75 F.4th 563, 587, n.60 (5th Cir. 2023), the Motion, insofar as it seeks ex parte relief, is **DENIED**.

**IT IS FURTHER ORDERED** that the respondents file a response to Petitioner's request for a preliminary injunction preventing removal within ten (10) days. Petitioner shall file any reply brief within two (2) days thereafter.

**THUS DONE AND SIGNED** this 24th day of November, 2025.

*Jerry Edwards, Jr.*
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**