a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SAUVENSON CALIXTE,                          CIVIL DOCKET NO. 1:25-CV-01813
Petitioner                                                           SEC P

VERSUS                                                          JUDGE EDWARDS

KRISTI NOEM ET AL,                    MAGISTRATE JUDGE PEREZ-MONTES
Respondents

## REPORT AND RECOMMENDATION

Before the Court is a Motion to Dismiss (ECF No. 21) seeking dismissal of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Sauvenson Calixte ("Calixte"). At the time of filing, Calixte was an immigration detainee at the Central Louisiana ICE Processing Center in Jena, Louisiana. ECF No. 1. Calixte challenges the legality of his continued detention. *Id.*

On January 20, 2026, Calixte was ordered removed to Haiti. ECF No. 21-2. Both Calixte and the Government waived the right to appeal. *Id.* On February 4, 2026, Calixte was removed to Haiti. *Id.*

Because Calixte is not detained, the § 2241 claim is moot. *See Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019). If a controversy is moot, the court lacks subject matter jurisdiction. *Carr v. Saucier*, 582 F.2d 14, 16 (5th Cir. 1978) (citing *North Carolina v. Rice*, 404 U.S. 244, 246 (1971); *Locke v. Board of Public Instruction*, 499 F.2d 359, 363-364 (5th Cir. 1974)).

Accordingly, IT IS RECOMMENDED that the Motion to Dismiss (ECF No. 21) be GRANTED and the Petition be DISMISSED WITHOUT PREJUDICE.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b). A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause. A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Monday, April 27, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

2