**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**SAUVENSON CALIXTE**                    **CIVIL ACTION NO. 25-1813 SEC P**

**VERSUS**                               **JUDGE EDWARDS**

**KRISTI NOEM ET AL**                    **MAG. JUDGE PEREZ-MONTES**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 23), noting the absence of objections, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Motion to Dismiss filed by Respondents KRISTI NOEM ET AL (ECF No. 21) is GRANTED, and the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS ORDERED AND SIGNED in Chambers this 13th day of May, 2026.

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**